# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS STEARNS LEE,
                Appellant,

vs.

RITA ANNE GLOVER,
                Respondent.

No. 74608

**FILED**

APR 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Bridget E. Robb, District Judge
        Shawn B. Meador, Settlement Judge
        Glenn C. Schepps
        Silverman, Kattelman, Springgate, Chtd.
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-16357